IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 1:20-CR-49(1) |
| JORGE SAYON | § § | |

## **ELEMENTS OF THE OFFENSE**

You are charged in Count One of the Indictment with a violation of 21 U.S.C. § 846, conspiracy to possess with the intent to distribute at least 400 grams or more of a mixture or substance containing fentanyl, a Schedule II controlled substance.

The essential elements which must be proven to establish the 21 U.S.C. § 846 violation are:

1. That two or more persons, directly or indirectly, reached an agreement to possess with intent to distribute fentanyl;

2. That the defendant knew of the unlawful purpose of the agreement;

3. That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose; and

4. That the overall scope of the conspiracy involved 400 grams or more of a mixture or substance containing fentanyl.

Respectfully submitted,

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

*/s/ Christopher T. Rapp*
CHRISTOPHER T. RAPP
Assistant U. S. Attorney
Arizona Bar No. 025704
550 Fannin, Suite 1250
Beaumont, Texas    77701
(409) 839-2538
(409) 839-2550 (fax)
christopher.t.rapp@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered by electronic filing attorney for the defendant, on this the 17th day of August 2021.

*/s/ Christopher T. Rapp*
CHRISTOPHER T. RAPP
ASSISTANT U.S. ATTORNEY